AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Maryland

☑ FILED  ___ ENTERED
___ LOGGED  ___ RECEIVED

12:08 pm, Jan 28 2021

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____crp_____ Deputy

United States of America )
v. )
) Case No.   1:21-mj-208 TMD
BLAINE KLUGE )
)
)
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   October 30, 2019   in the county of   Harford   in the
_____ District of   Maryland  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 26 U.S.C. § 5861(d) | Possession of Unregistered Firearm |

This criminal complaint is based on these facts:

See affidavit.

☑ Continued on the attached sheet.

*Timothy Moore*
Complainant's signature

Timothy K. Moore, Special Agent, ATF
Printed name and title

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date:   1/28/2021

*Judge's signature*

City and state:   Baltimore, Maryland         Thomas M. DiGirolamo, U.S. Magistrate Judge
Printed name and title