FILED ✓  ___ ENTERED
____ LOGGED  _____ RECEIVED
1:38 pm, Feb 03 2021
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____Deputy

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **MISC. NO. TMD-21-208** |
| **BLAINE KLUGE,** | |
| **Defendant.** | |

## MOTION TO UNSEAL

The United States of America, by its attorneys, Robert K. Hur, United States Attorney for the District of Maryland, and Charles Austin and Zachary Stendig, Assistant United States Attorneys for said District, files this motion to unseal the above-captioned matter, and in support thereof states:

1. On January 28, 2021, the United States District Court for the District of Maryland issued a criminal complaint charging the defendant, Blaine Kluge, with violating 26 U.S.C. § 5861(d) (Possession of an Unregistered Firearm). The same day, this Court issued an order sealing the complaint and related documents.

2. On February 3, 2021, Mr. Kluge was arrested pursuant to a warrant issued by this Court. The same day, he was brought before United States Magistrate Judge Beth P. Gesner for an initial appearance in this matter.

3. Given the reasons for sealing and the effecting of the arrest warrant in this case, there is no longer a basis for sealing the complaint, related documents, or the docket.

4. Accordingly, the United States hereby moves to unseal the docket and all filings in this case.

Respectfully submitted,

Robert K. Hur
United States Attorney

By:\_\_\_\_\_/s/_____
Charles D. Austin
Zachary B. Stendig
Assistant United States Attorneys
36 S. Charles St., 4th Floor
Baltimore, Maryland 21201
(410) 209-4800